473 A.2d 656

Commonwealth v. Evans, Appellant.

Petition for Allowance of Appeal
Denied Oct. 31, 1984.

Submitted October 24, 1983. Barnaby Wittels, for appellant; Jane

Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, BROSKY and HOFFMAN, JJ.

Affirmed.